No. 163.  WINEHILL & ROSENTHAL *v.* STATE OF LOUISI-ANA.   Error to the Supreme Court of the State of Louisi-ana.   Submitted March 10, 1922.   Decided March 13, 1922.   *Per Curiam.*   Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Pied-mont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Gustave Lemle* for plaintiffs in error.   *Mr. H. Gar-land Dupre, Mr. A. V. Coco* and *Mr. C. C. Friedrichs* for defendant in error.